UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>         Plaintiff,<br><br>    v.<br><br>R. CROSS, et al.,<br><br>         Defendants. | No.  2:23-cv-1422 AC P<br><br>ORDER |

After plaintiff repeatedly failed to provide a *certified* copy of his prison trust account statement, he was ordered to file a completed in forma pauperis application on the form provided by the court so that the court could obtain a certified copy of his prison trust account statement directly from the prison.  ECF No. 8.  Plaintiff was further cautioned that failure to do so would result in a recommendation that this action be dismissed.  Id.  The thirty-day period has now expired, and plaintiff has not filed the required application or otherwise responded to the court's order.  Plaintiff will be given one final opportunity to submit an application on the form provided.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within twenty-one days of the filing of this order, plaintiff shall submit an application to proceed in forma pauperis.  Plaintiff must use the form provided by the Clerk of the Court.  Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE