UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>   Plaintiff,<br><br>   v.<br><br>R. CROSS, et al.,<br><br>   Defendant. | No. 2:23-cv-01422-TLN-AC<br><br>**ORDER** |

Plaintiff James Carl Kelly ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Pursuant to the Court's March 31, 2025 Order, Plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. (ECF No. 14.) Thirty days have now passed and Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Date: May 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE